IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON ULREY, ) | No. C 10-02586 JW (PR) |
|       Petitioner, ) | ORDER OF TRANSFER |
| vs. ) | |
| JACK MARTIN, et al., ) | |
|       Respondents. ) | |

      Petitioner, a prisoner at the California Training Facility in Soledad, has filed a petition for a writ of habeas corpus, challenging his state conviction.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d).  However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  The petition indicates that petitioner was convicted in Sacramento County which lies within the venue of the Eastern District of California.  See 28 U.S.C. 84(b).

      Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

      The clerk shall transfer this matter and terminate any pending motions.

DATED: October 18, 2010

JAMES WARE  
United States District Judge

Order of Transfer  
P:\PRO-SE\SJ.JW\HC.10\Ulrey02586_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RON ULREY,

        Petitioner,

  v.

JACK MARTIN, et al.,

        Respondents.

Case Number: CV10-02586 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/19/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ron Ulrey V-48416
Correctional Training Facility (CTF)
P. O. Box 686
Soledad, CA 93960

Dated: 10/19/2010

                              Richard W. Wieking, Clerk
                    /s/ By: Elizabeth Garcia, Deputy Clerk